**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 12-04392MP-001-PCT-MEA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ricardo Sidonio Palmerin, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph A(2) and A(3) of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIX (6) MONTHS**, with credit for pre-sentence time served.  The sentence shall run concurrently with Citation 1551819 and Citation 1550523 in case 13-04252MP-001-PCT-MEA.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail so he made participate in the substance abuse program offered at the Coconino County Jail.

DATED this 20th day of August, 2013.

_____
Mark E. Aspey
United States Magistrate Judge